IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| CHILANDA KAY YANCY, *et al.* | § § § | |
| *PLAINTIFF,* | § § | |
| V. | § § | |
| SHERIFF ED GONZALEZ, *et al.* | § § | CIVIL ACTION NO. 4:21-CV-00826-JM |
| *DEFENDANT.* | § § | |

## ORDER

The Court has reviewed the motion to transfer venue and/or motion to dismiss filed by Harris County, Sheriff Ed Gonzalez, in his individual and official capacities, and Deputy G.H. Davila. Plaintiff has not objected to the motion. The Court finds that this case should be transferred to the Southern District of Texas – Houston Division because the Eastern District of Arkansas is an improper venue for the case. The Court orders this because it is in the interests of justice. 28 U.S.C. Section 1406(a); 28 U.S.C. Section 1391.

Defendants' motion (ECF No. 7) is GRANTED in part and DENIED in part. The Clerk is directed to transfer the case to the Southern District of Texas – Houston Division immediately.

IT IS SO ORDERED this 13th day of July, 2022.

_____
James M. Moody Jr.
United States District Judge